THE MLNARIK LAW GROUP, INC
JOHN L. MLNARIK (SBN 257882)
ANGIE YC TONG (SBN 262317)
2328 Walsh Avenue, Suite H
Santa Clara, CA 95051
Telephone: (408) 919-0088
Facsimile: (408) 919-0188

Proposed Attorneys for Debtor,
 David L. Feldman

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Case No.: |
| DAVID L. FELDMAN, | Chapter 11 |
| Debtor. | |

## DEBTOR'S APPLICATION TO EMPLOY THE MLNARIK LAW GROUP, INC AS DEBTOR'S BANKRUPTCY COUNSEL

DAVID L. FELDMAN, (hereinafter referred to as "Debtor" or "Applicant") files this application (the "Application") to employ The Mlnarik Law Group, Inc. ("MLNARIK") as reorganization and general insolvency counsel for the Debtor throughout the duration of this chapter 11 case. The Debtor believes that said employment is necessary and will be in the best interest of the estate.

The Application is brought pursuant to Section 327 of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure ("FRBP") 2014(a). This Application is based on the concurrently filed Declaration of John L. Mlnarik (the "Mlnarik Declaration") in support of this Application, John L. Mlnarik's statement of attorney

compensation filed under Bankruptcy Rule 2016(b), other papers of record in this case, and upon such further pleadings and evidence as may be filed in connection with this Application.

In support of this Application, the Debtor and MLNARIK respectfully represent the following:

## I. BACKGROUND

The Debtor is an individual who commenced his case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code on October 4, 2010 (the "Petition Date"). The Debtor remains in possession of his assets and is continuing to operate in accordance with Bankruptcy Code 1107. No official committee of unsecured creditors has been appointed in this case.

## II. SCOPE OF EMPLOYMENT

Applicant wishes to retain and employ MLNARIK and believes that in order to be successful in his reorganization effort, it is essential that Applicant, as debtor-in-possession, be represented and advised throughout this case, and in every phase thereof, by competent legal counsel. Applicant has selected MLNARIK as his counsel in this Chapter 11 case, and has made diligent inquiry and determined that said law firm possesses the requisite integrity, skill, intelligence, experience and familiarity with proceedings of this type to provide the debtors-in-possession with representation and advice as will benefit Applicant, his Estate, creditors and other parties in interest. All of the attorneys at MLNARIK specialize in bankruptcy and are well qualified to represent Debtor in proceedings of this nature. All of the attorneys at MLNARIK who will appear in this case are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Northern District of California.

Debtor requires MLNARIK to render the following types of professional services as the Debtor's reorganization counsel and general insolvency counsel:

1. To advise and assist Debtor with respect to compliance with the requirements of the U.S. Trustee;

2. To advise the Debtor regarding matters of bankruptcy law, including rights and remedies of the Debtor with regard to their assets and with respect to the claims of their creditors;

3. To represent Debtor in any proceedings or hearings before this Court and in any action in any other court where Debtor's rights under the Bankruptcy Code may be litigated or affected;

4. To conduct examinations of witnesses, claimants, or adverse parties and to prepare and assist in the preparation of reports, accounts, and pleadings related to the Debtor's Chapter 11 case;

5. To advise the Debtor concerning requirements of the Bankruptcy Code and applicable rules as the same may affect the Debtor in this case;

6. To assist the Debtor in the formulation, negotiation, confirmation and implementation of a chapter 11 plan of reorganization and any auction or sale of their assets; and

7. To take such other action and perform such other services as the Debtor may require in connection with this Chapter 11 case.

### III. CONFLICTS

Applicant has inquired and determined that none of the attorneys of MLNARIK have any connection with any creditor or other party involved in this case, or with, to the best of Applicant's knowledge, any attorney or attorneys for such creditor or other party in interest, and that said law firm represents no interest which is adverse to that of Applicant or his Estate with respect to any of the matters upon which such firm has been or is to be engaged, nor does such firm represent any interest adverse to any creditor involved in this case.

Debtor's spouse, Mary Feldman, executed a Personal Guarantee on behalf of the Debtor to ensure the payment of all sums which may be due to MLNARIK as a result of its employment.

MLNARIK will continue to conduct conflict checks on other significant creditors or parties in interest as they become known to MLNARIK. For example, after the Debtor completes his schedules and statement of financial affairs, MLNARIK will review them and, if necessary, file supplemental declarations to disclose any relevant connections or conflicts that may arise.

As provided in the DECLARATION OF JOHN L. MLNARIK IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY THE MLNARIK LAW GROUP, INC. AS DEBTOR'S BANKRUPTCY COUNSEL (hereinafter the "Mlnarik Declaration"), the firm does

not have an interest adverse to the Debtor or his estate as required under Section 327 of the Bankruptcy Code nor does it have any connection with the Debtor. MLNARIK believes that they are disinterested as that term is defined in Section 101(14) of the Bankruptcy Code.

### IV. TERMS OF PROPOSED EMPLOYMENT

MLNARIK has agreed to undertake Applicant's representation in accordance with its normal hourly billing rates, which rates range for attorneys/associates from $350 per hour and for paralegals/law clerks for $150 per hour. MLNARIK will seek compensation based upon such normal and usual hourly billing rates plus reimbursement for all expenses advanced on Applicant's behalf. Attached as Exhibit "A" to the Mlnarik Declaration is a true and correct copy of the Representation Agreement regarding the employment of the firm. MLNARIK understands that payment of their professional services will be subject to the Court's approval in conformity with Sections 330 and 331 of the Bankruptcy Code.

Additionally, MLNARIK understands and agrees that the proposed compensation arrangement will be subject to Section 328 of the Bankruptcy Code, which authorizes this Court to allow compensation different from that which is provided in this Application if the original fee arrangement appears, in retrospect, to have been improvident in light of developments unanticipated in the outset. MLNARIK understands and agrees that if aggregate interim payments exceed the amount which is ultimately allowed by the Court, MLNARIK will be required to, and will promptly repay the difference.

MLNARIK was paid a Retainer on September 23, 2010 by cashier's check by David L. Feldman and $11,039.00 was paid by cashier's check on October 4, 2010 by David L. Feldman prior to the filing of the petition herein. The cashier's check and cash was thereupon deposited into the firm's client trust account, and the firm drew down the retainer to pay its fees incurred pre-petition in the amount of $8,964.00. The balance of the retainer ($32,075.00) which is pledged to the Firm as a security for payment of its fees and costs, remains in the Firm's client trust account pending court order authorizing disbursement.

## V. CONCLUSION

Based on the above, and subject to approval of the Court, Applicant has selected and engaged, and are employing MLNARIK to perform, and they have been and are performing herein, all of the legal and professional services involved in preparing, instituting, conducting and advising Applicant concerning this Chapter 11 case and each phase thereof. A true and correct copy of the Attorney-Client Fee Contract is attached to the Declaration of John L. Mlnarik as Exhibit A.

WHEREFORE, Debtor prays that he be authorized, pursuant to Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014(a), to employ MLNARIK as their bankruptcy reorganization and general insolvency counsel, effective as of the Petition Date, with compensation in such amount as the Court may allow in accordance with the law, on the terms set forth in this Application; that such employment be authorized pursuant to the terms of this application; and for such other and further relief as the Court deems just and proper.

Dated: October 4, 2010            /s/ David L. Feldman
                                               DAVID L. FELDMAN, Debtor